**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**SKYLER ADAMS**                                                                    **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:24-cv-325-TBM-MTP**

**CHEVRON USA, INC.,** *et al.*                                          **DEFENDANTS**

### ORDER OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of Plaintiff Skyler Adams' claims against Defendant Chevron USA, Inc.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Skyler Adams' claims against Defendant Chevron USA, Inc., are DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court will retain jurisdiction over these claims for the purpose of enforcing any agreement governing the resolution and dismissal.

Plaintiff Skyler Adams' claims against Square Robot, Inc., remain pending at this time.

SO ORDERED AND ADJUDGED this the 16th day of March, 2026.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**