**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SKYLER ADAMS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:24-cv-325-TBM-MTP**

**SQUARE ROBOT, INC.** **DEFENDANT**

**ORDER**

This matter came before the Court on Defendants' Motion for Summary Judgment [56]. At the hearing conducted on November 4, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Defendants' Motion for Summary Judgment [56] is GRANTED as to Plaintiff's claims for intentional infliction of emotional distress, and negligent infliction of emotional distress and DENIED as to Plaintiff's defamation claim.

This, the 5th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE